# Exhibit X

*Email from Craig Margolis to Art Coulter and Beth Warren (June 25, 2018)*

## Cooperstein, Kathleen

| | |
|---|---|
| **From:** | Margolis, Craig D. |
| **Sent:** | Monday, June 25, 2018 10:20 AM |
| **To:** | Coulter, Art (CIV); McMahon, Linda M (CIV); Warren, Beth C. (USASC) |
| **Cc:** | Cooperstein, Kathleen; Ty Hughes(ty@hugheslawplc.com); Moore, Mark C. |
| **Subject:** | Privilege Log for Additional Documents |
| **Attachments:** | Privilege Log - Documents Produced to the Government by Third Parties.pdf |

Art, Linda, and Beth

Realize we will be talking sometime today about Mr. Jones' deposition, and we thought it would make sense to send this along before our call.

As we discussed around the time of our presentation in April, Fluor has undertaken a review of the documents provided by DOJ in July 2017, purporting to be all documents received by the government from third parties, excluding Jeffrey Nix. Through that review we have identified sixteen privileged documents, which are described on the log attached here. We understand from our previous conversations that these documents have not been reviewed by the government investigative team. Please confirm that this understanding is correct, and also confirm that the government will take steps to destroy these documents. Please also confirm whether copies of these documents have been provided to any third parties, including the relators, and that no use has been made of these documents by either the government or relators in this investigation.

It appears that these documents were stolen by former Fluor employee David Payne. As you are aware from our correspondence of a few weeks ago, Mr. Payne has evidently filed his own qui tam against Fluor, which remains currently under seal. Mr. Payne was a security investigator, so his unauthorized taking of documents has serious implications for Fluor. Please confirm whether the source of the documents was indeed Mr. Payne so that Fluor may consider what actions to take to protect its privilege.

Thanks,

Craig

_____
Craig Margolis
Partner

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6127
Craig.Margolis@arnoldporter.com | www.arnoldporter.com