# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| United States of America, *ex rel.* ) | C/A No. 6-13-cv-2428-TMC |
| Charles R. Shepherd, Danny V. Rude, ) | |
| Robert Scott Dillard, and Rickey Mackey, ) | |
| ) | |
| Plaintiff-Relators, ) | |
| vs. ) | |
| ) | |
| Fluor Corporation, Inc., Fluor Intercontinental, ) | |
| Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ALTERNATIVE DISPUTE RESOLUTION ("ADR")
## STATEMENT AND CERTIFICATION

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he or she has (1) provided the party he or she represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Submitted[1] this 30th day of April, 2020.

*[SIGNATURE PAGE FOLLOWS]*

---

[1] This statement must be filed and served. Local Rule 16.03, D.S.C. A separate statement and certification is required for each party represented.

Respectfully submitted,

s/ Mark C. Moore
Mark C. Moore (Fed. ID No. 4956)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 540-2146
Facsimile: (803) 727-1458
MMoore@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Craig D. Margolis (admitted *pro hac vice*)
Christian Sheehan (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001-3743
Telephone: (202) 942-6127
Facsimile: (202) 942-5999
craig.margolis@arnoldporter.com
christian.sheehan@arnoldporter.com

*Attorneys for Defendants Fluor Corporation and Fluor Intercontinental, Inc.*