# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| United States of America ex rel. Charles R. Shepherd, Danny V. Rude, Robert Scott Dillard, and Rickey Mackey,<br><br>         Plaintiffs,<br><br>v.<br><br>Fluor Corporation, Inc. and Fluor Intercontinental, Inc.,<br><br>         Defendants. | Civil Action No: 6:13-cv-02428-JDIII<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE FOR A STAY, WITHOUT PREJUDICE TO REFILING** |

  Third party Jeffrey Nix hereby notifies this Court that he is withdrawing, without prejudice to refiling, the Motion To Quash Subpoena or, In the Alternative, for a Stay of enforcement of a subpoena served upon him by Fluor Corporation. The Motion to Quash was filed with this Court on Februry 12, 2021. Dkt. 227. On February 17, 2021, counsel for Mr. Nix and counsel for Fluor conferred and agreed that Mr. Nix would withdraw his Motion to Quash without prejudice subject to refiling based upon the agreement that Fluor wll not move to enforce its FRCP 45 subpoena at least until this Court issues an order resolving a dispute between Fluor and Plaintiffs Charles Shepherd, Danny Rude, Robert Scott Dillard and Rickey Mackey concerning Fluor's request for information over which Plaintiffs have asserted attorney-client privilege and work product protection. Both parties have agreed that all objections and arguments they may have concerning the enforceability and scope of Fluor's subpoena are preserved for later presentation to the Court if it becomes necessary.

            (Signature Page to Follow)

                    Respectfully submitted,


                    s/ William A. Coates_____
                    William A. Coates (Federal ID # 00183)
                    ROE CASSIDY COATES & PRICE, P.A.
                    Post Office Box 10529
                    Greenville, South Carolina  29603
                    Telephone: 864-349-2600
                    E-mail wac@roecassidy.com
                    *Attorney for Third-Party Jeffrey Nix*

Greenville, South Carolina
February 18, 2021


**OF COUNSEL:**
Colette G. Matzzie (Admitted PHV)
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
Telephone: 202-833-4567
Fax: 202-833-1815
E-mail:  cmatzzie@phillipsandcohen.com