# EXHIBIT N

```
 1           IN THE UNITED STATES DISTRICT COURT FOR
 2                THE DISTRICT OF SOUTH CAROLINA
 3                       GREENVILLE DIVISION
 4                    CASE NO. 6:13-CV-2428-JD
 5
 6                       UNITED STATES ex rel.
 7            CHARLES R. SHEPHERD, DANNY V. RUDE,
 8               Scott Dillard, AND RICKEY MACKEY,
 9                        Plaintiffs/Realtors,
10
11                                V.
12
13              FLUOR CORPORATION INC., ET AL.,
14                            Defendants
15
16
17
18
19
20
21
22
23  DEPONENT: BRADLEY HAMM
24  DATE:     FEBRUARY 7, 2024
25  REPORTER: ELIZABETH JAREMKO
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  all?
2      A.   I'm sure.
3      Q.   Did you ever --
4      A.   I don't know that one specific, so I can't say
5  that, but --
6      Q.   Do you recall ever trying to search for
7  anything on the Sametime system?
8      A.   No, sir.
9      Q.   So if you go to the beginning of this chat
10 transcript, you see your name, and then it says, "Sorry,
11 boss.  Yesterday it went to hell in a handbasket, and I
12 got little to no desk time"; you see that?
13     A.   Yes, sir.
14     Q.   And then the next entry is you saying, "Trying
15 to get everything in line before GPA hits ground.
16 Hopefully, enough BAND-AIDs applied."  What did you mean
17 by that?
18     A.   So getting -- getting the visual stuff, shelf
19 locations.  Earlier I talked to you -- I testified on
20 covering proper dunnage and stuff in laydown yards.  So
21 not definitively what we would have done by MMP, but to
22 make sure we had compliance overall.
23     Q.   And then if you go down, you see Mr. Jones
24 says, "What up, bro?"  And then you respond, "I've never
25 seen so much straight-up fraud in my LOGCAP life"; see

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

6:13-cv-02428-JD    Date Filed 06/14/24    Entry Number 441-1    Page 4 of 4
The Deposition of BRADLEY HAMM, taken on February 07, 2024
148

```
 1  that?
 2       A.   Yes, sir.
 3       Q.   And what did you mean by that?
 4       A.   I'm sorry.  I -- I laugh because this is the
 5  way me and Juan talked to each other.  So basically, you
 6  could call it locker room talk, however you want to --
 7  to say it.  So again, I said I -- I used the word fraud,
 8  and not meaning fraud to government, but this would be a
 9  prime example of what I was talking about earlier in my
10  testimony.  So just -- just the fact that it just wasn't
11  done to the level of what I thought it should have been
12  done, and what we -- we had as a floor standard in the
13  MMP.
14       Q.   So this, your words here, say, "I've never
15  seen so much straight-up fraud in my LOGCAP life."  And
16  that isn't saying anything about smoking a cigarette
17  when you shouldn't be, right?  Correct?
18       A.   Correct, sir.
19       Q.   Right.  And so when you say, "Straight-up
20  fraud," that strikes me as something different than what
21  you're referring to when you say any small thing that
22  was out of line you would call fraud.
23           MS. LOLLAR:  Counsel, is there a question?
24           BY MR. TWETTEN:
25       Q.   Is that a fair characterization of what you
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —