UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
( GREENVILLE DIVISION)

United States of America, *ex rel.*
Charles R. Shepherd and Danny V. Rude

Plaintiff/Petitioner/USA,

v.

Fluor Corporation, Inc., *et al.*

Defendant/Respondent.

Case No. 6:13-cv-02428-JD

**Motion
in Support of
*Pro Hac Vice* Application**

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that ____Gwen Parker____ be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

   [X] Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: [ ] will likely oppose; [X] does not intend to oppose

   [ ] Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
   _____

   [ ] No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Loevy and Loevy | Andrew R. Hand |
| Firm Name | Name of Local Counsel |
| 311 N Aberdeen St | *(signature)* |
| Street Address or Post Office Box | Signature of Local Counsel |
| Chicago, IL 60607 | Local Counsel for the Petitioner |
| City, State, Zip Code | |
| (312) 243-5900 | District of South Carolina |
| Telephone Number | Federal Bar Number  Fed ID No. 12176 |
| gwen@loevy.com | |
| E-Mail Address | revised 09/19/05 |