# EXHIBIT A

(Application for *Pro Hac Vice*)

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## ( GREENVILLE_ DIVISION)

United States of America, ex rel. Charles R. Shepherd and Danny V. Rude,  )
Plaintiff/Petitioner/USA,  )
)  Case No. 6:13-cv-02428-JD
)
v.  )
)  **Application/Affidavit for**
Fluor Corporation, Inc., et al.,  )  ***Pro Hac Vice* Admission**
Defendant/Respondent.  )
)
)

(1)  Name.     Gwen                    Parker
              First      Middle        Last

(2)  Residence. I reside in the following state: New Jersey
     If a South Carolina resident, indicate months/years of residence: _____

(3)  Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

     Firm name: Loevy and Loevy
     Mailing address: 311 N Aberdeen St     City/State/Zip   Chicago, IL 60607
     Telephone number: (312) 243-5900
     Facsimile number: (312) 243-5902
     E-mail address: gwen@loevy.com
     (Application will not be considered without an e-mail address to receive electronic notification.)

(4)  Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina. I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)  Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of ___California___ where I regularly practice law. **Attached is my certificate of good standing.**

(6)  Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1] This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing |
|---|---|---|
| Northern District of California | | [X] Yes  [ ] No |
| | | [ ] Yes  [ ] No |
| | | [ ] Yes  [ ] No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? .................................................. [ ] Yes  [X] No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
[ ] Yes  [X] No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____
_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
[ ] Yes  [X] No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
[ ] Yes  [X] No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
[ ] Yes  [X] No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____
_____

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

|   |   |
|---|---|
| Attorney Name: | Andrew R. Hand |
| Firm Name: | Richard Harpootlian P.A. |
| Street Address or Post Office Box: | 1410 Laurel Street |
| City, State, and Zip Code: | Columbia SC 29202 |
| Telephone Number: | (803) 252-4848 |
| E-Mail Address: | arh@harpootlianlaw.com |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with applicable rules of procedure. Local counsel of record may attend discovery proceedings.

(13)   Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.
Andrew R. Hand - Richard Harpootlian P.A.
Anand Swaminathan - Loevy and Loevy

(14)   Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with the Local Rules of the United States District Court for the District of South Carolina or paid herewith.

(15)   Electronic Notification. By submitting this application, I consent to electronic notification.

(16)   Represented Party/Parties. I seek to represent the following party/parties:
Relators, Charles Shepherd and Danny Rude

(17)   I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

Signature of Applicant

GWEN CATHERINE PARKER
Sworn to and subscribed before me this 08 day of SEPTEMBER 20 25.

A Notary Public of the State of NEW JERSEY

My Commission expires: 06/22/2029

VIKAS MEHTA
NOTARY PUBLIC OF NEW JERSEY
ID #2316152
MY COMMISSION EXPIRES 06/22/2029

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 8/27/2025
**LICENSEE NAME:** Gwen Catherine Parker
**LICENSEE BAR NUMBER:** 228780
**LICENSEE STATUS:** Active
**ADMIT DATE:** 12/4/2003

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of the licensees current standing with the State Bar of California as of the issue date and that the Discipline and Administrative History listed below is a true and correct copy of the licensees discipline history and their history of administrative actions.

**Discipline and Administrative History:**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| 10/20/2020 | Active | | |
| 2/1/2018 | Inactive | | |
| 6/10/2015 | Active | | |
| 2/3/2014 | Inactive | | |

*Carolina Almarante-Terrero*
**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)