IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States of America, *ex rel.* ) <br> Charles R. Shepherd; Danny V. Rude; ) <br> Robert Scott Dillard; Rickey Mackey, ) <br> ) <br> Plaintiff-Relators, ) <br> ) <br> v. ) <br> ) <br> ) <br> Fluor Corporation, Inc.; ) <br> Fluor Intercontinental, Inc., ) <br> ) <br> Defendants. ) <br> _____ ) | C/A No.: 6:13-cv-02428-JD <br><br> **JOINT STATUS REPORT** |

Pursuant to an Order issued by the Honorable Timothy M. Cain on July 23, 2020 (ECF No. 206), Defendants Fluor Corporation and Fluor Intercontinental, Inc. (collectively, "Fluor")[1] and Relators Charles R. Shepherd, Danny V. Rude, Robert Scott Dillard, and Rickey Mackey (collectively, "Relators"), submit this joint report to update the Court on the status of discovery and other recent and forthcoming filings.

Fact discovery closed on February 28, 2025. Expert discovery closed on October 17, 2025 though the parties agreed to take two expert depositions on October 23 and 24, 2025.

**I.     Party Discovery**

The parties have completed their document productions. Fluor has produced over 12.4 million pages of Bates-labeled documents responsive to Relators' requests for production, plus the

---

[1] Only Fluor Intercontinental, Inc. is a party to the contract at issue in this lawsuit. In addition, Fluor Corporation, Inc. does not exist. Fluor Corporation, on the other hand, is merely the parent company of Fluor Enterprises Inc., of which Fluor Intercontinental is a wholly owned subsidiary.

underlying data from its Maximo and MATMAN databases and more than 10 million additional documents (totaling tens of millions of pages) that are attachments in the Maximo database.

As to depositions, the Court ruled that the parties are permitted to take 30 depositions per side. ECF No. 388. To date, Relators have taken twenty-nine depositions: Maria McNamara, Steve Abramowitz, Joshua Gannon, Tommy Marks, and Storme Guaraldi (current or former DCMA or Army employees), and twenty-four current or former Fluor employees (Falk Schoner, Bradley Hamm, Shane Ramirez, Juan Jones, Jeffrey DeYoung, Andrew Rutledge, Alexander Alaka, Minka Hill, Michael D'Arcangelo, Justin Jones, Scott Roesler, Julia Blandin Wiener, Kassandra Combs, George Rabb, Gregg Gross, Dave Methot, Ian Dolan, Steve Whitcomb, Rick Reuter, Tony Montalvo, Ernest Ridley, Ron Riley, Fluor's Rule 30(b)(6) deposition of Justin Jones, and Preston Howard). Fluor has taken fourteen depositions: Maria McNamara, Steve Abramowitz, Joshua Gannon, Tommy Marks, and Storme Guaraldi (current or former DCMA or Army employees); Charles Shepherd, Danny Rude, Rickey Mackey, and Scott Dillard (Relators); and five former Fluor employees (Chey Cummins, Gregory Garrison, Chris O'Connor, Jeffrey Nix, and Nicholas Heckman). The Bosnian Court initially scheduled the deposition of Ed Nukic on May 21, 2025, but that deposition was canceled by the Bosnian Court because the presiding judge was on sick leave. Fluor has raised concerns with the Bosnian Court that the procedure proposed by Relators for the taking of Mr. Nukic's deposition is inconsistent with local Bosnian law. Relators have responded that the local Bosnian law cited by Fluor is inapplicable. The Bosnian Court has not responded to the parties' submissions and Mr. Nukic's deposition has not been rescheduled.

**II.     Expert Discovery**

As noted above, expert discovery closed on October 17, 2025, though the parties agreed to take two final expert depositions on October 23 and 24, 2025.

Relators identified five expert witnesses (Dr. Dov Zakheim, John Lyle, Mike Rudolph, Jim Sherman, and Dr. Gary Gaukler) and provided corresponding reports on June 13, 2025. On July 31, 2025, Fluor identified six witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)(B): Michael Hoskin, Brad Rice, Renee Richardson, David Robbins, Thomas Ruckdaschel, and William Walter. Fluor also identified Walter Sutherland pursuant to Federal Rules of Civil Procedure 26(a)(2)(A) and (C). Depositions of each of the experts have been taken.

On November 21, 2025, the parties filed several *Daubert* motions. ECF Nos. 542, 544, 545, 546, 547, 548. Responses were filed on December 10, 2025, and replies were filed on December 17, 2025.

### III. Dispositive and Other Motions

Fluor filed a motion for summary judgment on October 20, 2025. ECF No. 507. Relators filed a motion for partial summary judgment on October 20, 2025. ECF No. 508. As of November 26, 2025, the parties' motions for summary judgment are fully briefed and ripe for adjudication.

Pursuant to the Court's November 25, 2025 Notice Regarding Jury Selection and Trial (ECF No. 550), the parties will file motions in limine by January 8, 2026.

Respectfully submitted,

| | |
|---|---|
| s/ Mark C. Moore | s/ Andrew R. Hand |
| Mark C. Moore (Fed. ID No. 4956) | Richard A. Harpootlian (Fed. ID No. 1730) |
| Konstantine P. Diamaduros (Fed. ID No. 12368) | Andrew R. Hand (Fed. ID No. 12176) |
| Michael A. Parente (Fed. ID No. 13358) | RICHARD A. HARPOOTLIAN P.A. |
| MAYNARD NEXSEN PC | 1410 Laurel Street |
| 1230 Main Street, Suite 700 | Post Office Box 1090 |
| Columbia, SC 29201 | Columbia, SC 29202 |
| Telephone: (803) 540-2146 | Telephone: (803) 252-4848 |
| Facsimile: (803) 727-1458 | Facsimile: (803) 252-4810 |
| MMoore@maynardnexsen.com | rah@harpootlianlaw.com |
| KDiamaduros@maynardnexsen.com | arh@harpootlianlaw.com |
| MParente@maynardnexsen.com | |
| | Anand Swaminathan |
| Craig D. Margolis (admitted *pro hac vice*) | LOEVY & LOEVY |

John P. Elwood (admitted *pro hac vice*)
Tirzah S. Lollar (admitted *pro hac vice*)
Christian Sheehan (admitted *pro hac vice*)
Elizabeth A. Carney (admitted *pro hac vice*)
Rachel Higgins (admitted *pro hac vice*)
Elliot S. Rosenwald (admitted *pro hac vice*)
Raina Duggirala (admitted *pro hac vice*)
Sahrula Kubie (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001-3743
Telephone: (202) 942-6127
Facsimile: (202) 942-5999
craig.margolis@arnoldporter.com
tirzah.lollar@arnoldporter.com
christian.sheehan@arnoldporter.com
elizabeth.carney@arnoldporter.com
rachel.higgins@arnoldporter.com
elliot.rosenwald@arnoldporter.com
raina.duggirala@arnoldporter.com
sahrula.kubie@arnoldporter.com

*Attorneys for Defendants Fluor Corporation and Fluor Intercontinental, Inc.*

December 24, 2025
Columbia, South Carolina

311 N. Aberdeen St., Third Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
anand@loevy.com

*Attorneys for Relators Charles R. Shepherd and Danny V. Rude*

Frank L. Eppes (Fed. ID No. 1003)
EPPES & PLUMBLEE, PA
PO Box 10066
Greenville, SC 29603
Telephone: (864) 235-2600
Facsimile: (864) 235-4600
feppes@eppesandplumblee.com

*Attorney for Relator Robert Scott Dillard*

Judah N. VanSyckel (Fed. ID No. 12778)
Saluda Law, LLC
137 E. Butler Street
Lexington, SC 29072
Telephone: (803) 939-6927
Facsimile: (803) 902-8004
judah@saludalaw.com

*Attorney for Relator Rickey Mackey*