# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| United States of America, *ex rel.* Charles R. Shepherd, Danny V. Rude, Robert Scott Dillard, And Rickey Mackey<br><br>Plaintiff-Relators,<br><br>v.<br><br>Fluor Corporation, Inc., and Fluor Intercontinental, Inc.,<br><br>Defendants. | Case Number: 6:13-02428-JD<br><br>Honorable Joseph Dawson, III<br><br>JURY TRIAL DEMANDED |

## RELATORS' CORRECTED RULE 26(a)(3) PRETRIAL DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiff-Relators Charles R. Shepherd, Danny V. Rude, Robert Scott Dillard, and Rickey Mackey, ("Relators") hereby submit the following pretrial disclosures:

**I.     The name and, if not previously provided, the address and telephone number of each witness—separately identifying those Relators expect to present and those Relators may call if the need arises.**

**RESPONSE:** Please see Exhibit A.

Relators reserve the right to publish from depositions of any party or party employee-witness as permitted by the rules, and reserve the right to call any witnesses identified by Defendants Fluor Corporation, Inc., and Fluor Intercontinental, Inc., ("Defendants") as a witness Defendants may call or expect to call for trial, or witnesses called as rebuttal witnesses or as witnesses for impeachment purposes.

**II.    The designation of those witnesses whose testimony Relators expect to present by deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition.**

**RESPONSE:** Relators have designated the video deposition of Justin Jones 30(b)(6) witness from April 23 and 24, 2025. Please see Exhibit B. If for any reason the witnesses are not available, or if Relators learn otherwise, Relators will supplement this disclosure with appropriate deposition designations. Relators reserve the right to publish from depositions of any party or party employee-witness as permitted by the rules.

In addition, contrary to Rule 26(a)(3)(A)(ii), Fluor designated excerpts of the depositions of six individuals who *will* be testifying at trial, including the deposition testimony of two Government witnesses. To the extent Fluor has improperly designated testimony they intend to introduce as party admissions under Fed. R. Evid. 801(d)(2), and without waiving any objections to Fluor's assertion that its designations reflect party admissions, Relators designate the following:

Deposition of Falk Schoner on January 18, 2024 at 8:12-211:15; 248:18-258:3; 263:1-16

Deposition of Bradley Hamm on February 7, 2024 at 9:2-242:2; 268:1-273:13

Deposition of Tony Montalvo on February 26, 2025 at 7:16-425:24; 528:24-530:8

Deposition of Kassandra Combs on January 10, 2025 at 7:1-166:25;207:1-217:4; 219:12-220:4

Deposition of Ron Riley on March 17, 2025 at 13:20-327:24

Deposition of Juan Jones on April 11, 2024 at 10:21-22; 14:22-460:11; 547:22-564:5

Deposition of  Justin Jones on December 5, 2024 at 12:7-253:1; 304:5-327:10; 331:14-17

Deposition of Andrew Rutledge on August 8, 2024 at 9:18-262:3, 291:11-295:14, 296:21-297:18

Deposition of Ian Dolan on February 4, 2025  at 6:17-219:4, 236:1-247:19

Deposition of Preston Howard on July 16 and 17, 2025 at 5:12-150:12, 151:15-174:10, 263:17-302:8, 317:3-325:2

III. **An identification of each document or other exhibit, including summaries of other evidence, that Relators may offer at trial**.

**RESPONSE:** Please see Exhibit C.

Respectfully submitted,

/s/ Andrew Hand
Richard Harpootlian

Richard Harpootlian (Fed. ID No. 1730)
Andrew Hand (Fed. ID No. 12176)
RICHARD A. HARPOOTLIAN P.A.
1410 Laurel Street
Post Office Box 1090
Columbia, SC 29202
Telephone: (803) 252-4848
Facsimile: (803) 252-4810
rah@harpootlianlaw.com

Jonathan Loevy
Michael Kanovitz
Daniel Twetten
Anand Swaminathan
Frank Newell
Anna Dover
Gwen Parker
Heather Sticht
Dominique Gilbert
**LOEVY & LOEVY**
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
anand@loevy.com
*Attorneys for Relators*
*Charles R. Shepherd*
*and Danny V. Rude*

Frank L. Eppes (Fed. ID No. 1003)
EPPES & PLUMBLEE, PA
PO Box 10066
Greenville, SC 29603
Telephone: (864) 235-2600
Facsimile: (864) 235-4600
feppes@eppesandplumblee.com

*Attorney for Relator Robert Scott Dillard*

3

Judah N. VanSyckel
SALUDA LAW, LLC
137 E. Butler Street
Lexington, SC 29072
Telephone: (803) 939-6927
Facsimile: (803) 902-8004
judah@saludalaw.com

*Attorney for Relator Rickey Mackey*