# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES R. SHEPHERD; DANNY V. RUDE; ROBERT SCOTT DILLARD; and RICKEY MACKEY,<br><br>        Plaintiffs,<br>  v.<br><br>FLUOR CORPORATION; FLUOR INTERCONTINENTAL, INC.,<br><br>        Defendants. | Civil Action No. 6:13-cv-02428-JD<br>Hon. Joseph Dawson, III |

## **FLUOR'S WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and the Court's Notice Regarding Jury Selection and Trial dated November 25, 2025 (Dkt. 550), as modified with approval from the Court in an email dated December 8, 2025, Defendants Fluor Corporation and Fluor Intercontinental, Inc. (collectively, "Fluor"), submit the following list of witnesses.

By listing the witnesses below, Fluor is not attesting that it has control over those individuals or has the ability to bring them to trial without judicial process. Fluor reserves the right to seek to present the deposition testimony of any witness who, although currently unknown to Fluor, is unavailable for trial. This list does not include witnesses that Fluor might call for impeachment.

Fluor reserves the right to supplement this list to address any legal theories or factual assertions that Relators either did not disclose or pursue in discovery that Relators may be permitted to present at trial. Fluor further reserves the right to amend this list in light of the Court's rulings on any motions *in limine* or motions for summary judgment filed by either party.

Fluor also reserves the right to call any person identified on the Relators' witness list.

**Fluor expects to present the following witnesses at trial:**

1. Alex Alaka
2. Steve Abramowitz
3. Sandy Combs
4. Sean DeCollibus
5. Ian Dolan
6. Josh Gannon
7. Storme Guaraldi
8. Minka Hill
9. Mike Hoskin
10. Preston Howard
11. Juan Jones
12. Justin Jones
13. Tommy Marks
14. Maria McNamara
15. Tony Montalvo
16. Joe Poniatowski
17. George Rabb
18. Rick Reuter
19. Brad Rice
20. Renee Richardson
21. Ernest Ridley
22. Ron Riley

23. David Robbins

24. Scott Roesler

25. Tom Ruckdaschel

26. Falk Schoner

27. Walter Sutherland

28. Bill Walter

29. Steve Whitcomb

**Fluor may call the following witnesses at trial:**

1. Ashley Bell

2. Gregg Gross

3. Bradley Hamm

4. John Loomis

5. Jeffrey Nix

6. Steve Sherwood

7. Will Snyder

8. Todd Volk

Respectfully submitted,

/s/ Mark C. Moore
Mark C. Moore (Fed. ID No. 4956)
Michael A. Parente (Fed. ID No. 13358)
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 540-2146
Facsimile: (803) 727-1458
MMoore@maynardnexsen.com

Konstantine P. Diamaduros (Fed. ID No. 12368)
MAYNARD NEXSEN PC
104 South Main Street, Suite 900 (29601)
Post Office Drawer 10648
Greenville, SC 29603-0648
Telephone: (864) 370-2211
Facsimile: (864) 282-1177
KDiamaduros@maynardnexsen.com

Craig D. Margolis (admitted *pro hac vice*)
Tirzah S. Lollar (admitted *pro hac vice*)
Christian D. Sheehan (admitted *pro hac vice*)
Elizabeth A. Carney (admitted *pro hac vice*)
Katelyn M. Deibler (admitted *pro hac vice*)
Elliot S. Rosenwald (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, Northwest
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
craig.margolis@arnoldporter.com

Rachel K. Higgins (admitted *pro hac vice*)
Sahrula Kubie (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Counsel for Defendants Fluor Corporation and Fluor Intercontinental, Inc*.

January 6, 2025