# EXHIBIT E

Payments Chart



Aadi Tolappa <tolappa@loevy.com>

## Fwd: Witness Agreements

**Anand Swaminathan** <anand@loevy.com>  Tue, Feb 10, 2026 at 5:54 PM
To: Fluor <teamfluor@loevy.com>

---------- Forwarded message ---------
From: **Lollar, Tirzah** <Tirzah.Lollar@arnoldporter.com>
Date: Tue, Feb 10, 2026 at 1:23 PM
Subject: RE: Witness Agreements
To: Dan Twetten <dan@loevy.com>, Jon Loevy <jon@loevy.com>
Cc: MMoore@maynardnexsen.com <MMoore@maynardnexsen.com>, anand@loevy.com <anand@loevy.com>, Margolis, Craig D. <Craig.Margolis@arnoldporter.com>, Sheehan, Christian <Christian.Sheehan@arnoldporter.com>

Here are the amounts paid to witnesses for time associated with a deposition (preparation, travel, the deposition itself, reviewing the transcript) or drafting a declaration.

| Name | Rate | Hours | Total |
| --- | --- | --- | --- |
| Erp, David | $ 75 | 6 | $ 450.00 |
| Gross, Gregg | $ 160 | 44 | $ 7,040.00 |
| Hamm, Bradley | $ 85 | 44.5 | $ 3,782.50 |
| Hill, Minevere (Minka) | $ 80 | 45.5 | $ 3,640.00 |
| Methot, David | $ 200 | 33.5 | $ 6,700.00 |
| Rabb, George | $200 | 22.52 | $ 4,504.00 |
| Ramirez, Michael (Shane) | $ 75 | 40 | $ 3,000.00 |
| Whitcomb, Roy (Steven) | $ 200 | 30.5 | $ 6,100.00 |

_____
**Tirzah Lollar**
Partner | Bio

601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.6199
Tirzah.Lollar@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>
**Sent:** Tuesday, February 10, 2026 10:38 AM
**To:** Dan Twetten <dan@loevy.com>; Jon Loevy <jon@loevy.com>
**Cc:** zzz.External.MMoore@maynardnexsen.com <MMoore@maynardnexsen.com>; zzz.External.anand@loevy.com <anand@loevy.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Sheehan, Christian <Christian.Sheehan@arnoldporter.com>
**Subject:** RE: Witness Agreements

Per Craig's Feb 5 email, these are the executed witness agreements for each person on either party's witness list that were in effect at the time testimony was or will be given – either at deposition or at trial.

_____

Tirzah Lollar
Partner | Bio

[Quoted text hidden]
Tirzah.Lollar@arnoldporter.com
www.arnoldporter.com | LinkedIn

[Quoted text hidden]