# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 6000

**Via Email**                                                                                      August 7, 2020

COL Jacqueline L. Emanuel
Chief, Litigation Division
U.S. Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, VA 22060-5546
jacqueline.l.emanuel.mil@mail.mil

> Re:    Request for Official Information; *Loquasto v. Fluor Corporation, Inc., et al.*, Case No. 3:19-cv-01455-B (N.D. Tex.); *Hencely v. Fluor Corporation, Inc., et al.,* Case No. No. 6:19-cv-00489-BHH (D.S.C.)

Dear COL Emanuel:

On behalf of our client, Fluor Corporation, Inc. ("Fluor"), and in accordance with DoD Directive 5405.2, 32 CFR 516 subpart G, and Army Regulation 27-40 chapter 7, we hereby submit this request for official information in connection with the above-referenced litigation. As you know, our firm represents Fluor in these lawsuits, which remain pending in the U.S. District Court for the Northern District of Texas and the U.S. District of South Carolina, respectively (collectively herein, "the BAF Suicide Bomber Litigation").  This request follows, and is supplemental to, our prior requests dated June 29, 2020 and July 1, 2020.

As you are aware, we are in possession of a publicly-released, redacted version of the U.S. Army Regulation 15-6 Report ("AR 15-6" or "Report") regarding the November 12, 2016 suicide-bomber attack on Bagram Airfield in Afghanistan. This version of the AR 15-6 contains hundreds of pages that are redacted.

We request an unredacted, complete version of the AR 15-6. To be clear, we seek the AR 15-6 in its entirety, including all pages of the Report, all attachments, all exhibits, and all references, as contained in its most comprehensive form within the Army's files.

The AR 15-6 report presents "facts, findings, and recommendations pertaining to the circumstances and events surrounding the suicide vest attack that occurred on Bagram Airfield on 12 November 2016."  AR 15-6 at 1. As such, the AR 15-16 is comprised of factual information that is at the core of the BAF Suicide Bomber Litigation, and that is central to various potential defenses that may be asserted by Fluor, including proximate cause defenses and the government contractor defense. The Report includes factual information regarding relevant witnesses, documents, and other evidence. That the Report is plainly relevant is further evidenced by the fact that plaintiffs in the litigation have repeatedly demanded production of the unredacted Report.

DC: 7355043-1

**COVINGTON**

August 7, 2020
Page 2

As noted in our prior correspondence, we recognize that the BAF Suicide Bomber Litigation implicates profound and important federal interests because, *inter alia*, the suits arise out of a foreign enemy attack on an overseas military base. In addition, as we advised in our email dated July 14, 2020, plaintiffs in the litigation have recently sought disclosure of classified materials (e.g., the unredacted AR 15-6), and we anticipate that in defending itself Fluor will necessarily seek classified information.

In light of the context in which the suits arose, as well as ongoing national defenses interests related to, *inter alia*, Bagram security and counterintelligence efforts, we recognize that the Army may decline to release the entire version of the AR 15-6 on the grounds that information therein may be deemed protected by the state secrets privilege. If you determine that you will not provide the complete, unredacted AR 15-6, we ask that you promptly so advise and explain the basis for such position (e.g., due to state secrets and/or related national defense interests or concerns).

Once you have had an opportunity to review this request, please contact me or Ray Biagini with any questions or concerns you may have. I can be reached at 703-328-5996 or by email at DRussell@cov.com. Ray can be reached at 301-408-8167 or by email at RBiagini@cov.com. Thank you for your assistance.

Sincerely,

*/s/ Daniel L. Russell Jr.*

cc:     LTC Mary E. Fisch
        Mr. Richard O. Hatch
        Mr. Robert E. Easton
        MAJ Tarik J. Downie
        Mr. Raymond B. Biagini