

**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY LEGAL SERVICES AGENCY
LITIGATION DIVISION
9275 GUNSTON ROAD
FORT BELVOIR, VA  22060-5546

September 14, 2020

Mr. Daniel L. Russell Jr.
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

Dear Mr. Russell:

This letter responds to your August 7, 2020, Touhy request made pursuant to Army Regulation ("AR") 27-40, Chapter 7 (as codified in 32 C.F.R. § 516 et seq.).  Your memorandum incorporated a specific request for an unredacted, complete version of an AR 15-6 Investigation into the November 12, 2016, suicide-bomber attack on Bagram Airfield in Afghanistan.  You sought the AR 15-6 Investigation in its entirety, including all pages of the Report, all attachments, all exhibits, and all references, as contained in its most comprehensive form within the U.S. Army's files.  The Army has identified the unredacted AR 15-6.  At this point in time, significant sections of the AR 15-6 remain classified and cannot be released in an unredacted state.  We have determined the AR 15-6 is eligible for declassification review and have requested a Mandatory Declassification Review IAW AR 380-5 be conducted.

Be advised that such a review may take up to one year to be completed.  Until that review has been conducted, the classified portions of the AR 15-6 shall remain classified pursuant to Executive Order (E.O.) 13526.  We will update this response at the conclusion of the review.

You may contact me at tarik.j.downie.mil@mail.mil or (703) 693-1089 with any questions or concerns.

Sincerely,

Tarik J. Downie
Major, U.S. Army
Litigation Attorney