# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

United States of America
*ex rel*, Charles R Shepherd, Danny V
Rude, Robert Scott Dillard, and Rickey
Mackey

             VS.

Fluor Corporation Inc and
Fluor Intercontinental Inc

)
)
)
)
)
)
)
)
)
)
)

CASE NUMBER:  6:13cv2428-JD

**ORDER**

       The Clerk of Court is hereby authorized to return all exhibits to the parties introducing

them.

       **IT IS FURTHER ORDERED** that the parties are to maintain the exhibits intact as

returned until the time of filing an appeal has expired.

       **IT IS SO ORDERED.**

                                    Joseph Dawson III

                              **UNITED STATES DISTRICT JUDGE**

Dated: March __12__ ,2026
Greenville, South Carolina

       Receipt is hereby acknowledged of the designated exhibits introduced in evidence in the
above-captioned case by the Government.

EXHIBITS:                     Attorney    *Sahrula Kubsi*

                                     *Heather Stumm*