AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America *ex rel*, Charles R Shepherd, Danny V Rude, Robert Scott Dillard, and Rickey Mackey <br> *Plaintiffs* <br> v. <br> Fluor Corporation Inc and Fluor Intercontinental Inc <br> *Defendants* | ) ) ) ) ) <br><br> Civil Action No.   6:13cv2428-JD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff, United States of America *ex rel*, Charles R Shepherd, Danny V Rude, Robert Scott Dillard, and Rickey Mackey, recover from the defendants, Fluor Corporation Inc and Fluor Intercontinental Inc, the amount of fifteen million dollars ($15,000,000.00), plus post judgment interest at the rate of 3.56%, along with costs. Any statutory enhancements, including trebling of damages and civil penalties under the False Claims Act, will be determined by the Court.

■ other: defendant, Kellogg Brown & Root Inc, terminated on April 15, 2019, by the filing of the amended complaint.

This action was *(check one)*:

■ tried by a jury, the Honorable Joseph Dawson, III presiding, and the jury has rendered a verdict.

Date:   March 13, 2026

CLERK OF COURT

*Jenny Smith, Deputy Clerk*
Signature of Clerk or Deputy Clerk

APPROVED BY:

*Joseph Dawson III*
United States District Judge