**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| United States of America, *ex rel.* | ) | |
| Charles R. Shepherd; Danny V. Rude; | ) | |
| Robert Scott Dillard; Rickey Mackey, | ) | C/A No.: 6:13-cv-02428-JD |
| | ) | |
| Plaintiffs-Relators, | ) | |
| | ) | Hon. Joseph Dawson III |
| v. | ) | |
| | ) | |
| Fluor Corporation, Inc.; | ) | |
| Fluor Intercontinental, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**RELATORS' UNOPPOSED MOTION TO FOR AN EXTENSION OF TIME TO FILE**
**POST-JUDGMENT FEE PETITION (DKT. 781)**

Per Local Civ. Rule 6.01, Relators Charles R. Shepherd, Danny V. Rude, Robert Scott Dillard, and Rickey Mackey (collectively, "Relators"), submit this unopposed motion for an extension of time to submit their post-judgment fee petition per Federal Rule of Civil Procedure 54(d)(2) ("Rule 54(d)(2)") stating in support as follows:

1. On March 13, 2026, this Court entered a post-trial judgment for Relators (Dkt. 781). Under Rule 54(d)(2)(i), Relators' fee petition is due 14 days later, or March 27, 2026.

2. On March 13, 2026, this Court also entered a text order following the jury verdict in this matter (Dkt. 780) stating: (1) the 28 day time period for filing post-trial motions runs from the date the judgment was entered; (2) the Court will address attorneys' fees or costs requests after resolution of post-trial motions; and (3) the Court will issue further scheduling directions for attorneys' fees or costs requests after post-trial motions have been filed.

3.      Reading the Court's Order, Relators had been operating under the understanding that the Court intended to defer briefing on the forthcoming fee petition. Out of an abundance of caution, however, on March 23, 2026, Relators emailed this Court to clarify whether the text order modified the 14 day timetable under Rule 54(d)(2)(i). On March 24, 2026, this Court responded that the 14 day timetable under Rule 54(d)(2)(i) still applied.

4.      Relators request an extension of 30 days to file their fee petition per Rule 54(d)(2) which would make the new deadline April 27, 2026. This is Relators' first request for such an extension.

5.      Relators request this extension of time (the "Extension Request") because assembling the materials necessary and preparing the brief for a fee petition spanning 13 years and dozens of attorneys and paralegals is a substantial undertaking. In addition, until the Court's email of March 24, 2026, Relators understood (mistakenly so, obviously) that a fee petition would be due sometime after post-trial motions were resolved.

6.      Relators conferred with Fluor regarding this Extension Request. Fluor does not oppose Relators' Extension Request.

7.      In addition, this Extension Request will not delay the post-trial schedule in this matter. The Court has stated that it will not consider a fee petition until after the Court has resolved the parties' post-trial motions. Those post-trial motions have not yet been filed, so there is no prejudice to any party associated with granting additional time to file.

WHEREFORE, Relators submit this unopposed request for a 30 day extension to April 27, 2026 to submit their post-judgment fee petition per Federal Rule of Civil Procedure 54(d)(2).

March 24, 2026                                    Respectfully submitted,

                                                 /s/ Andrew Hand
                                                 Andrew Hand

                                                 Richard Harpootlian (Fed. ID No. 1730)
                                                 Andrew Hand (Fed. ID No. 12176)
                                                 RICHARD A. HARPOOTLIAN P.A.
                                                 1410 Laurel Street
                                                 Post Office Box 1090
                                                 Columbia, SC 29202
                                                 Telephone: (803) 252-4848
                                                 Facsimile: (803) 252-4810
                                                 rah@harpootlianlaw.com

                                                 Jonathan Loevy
                                                 Michael Kanovitz
                                                 Daniel Twetten
                                                 Anand Swaminathan
                                                 Frank Newell
                                                 Anna Dover
                                                 Gwen Parker
                                                 Heather Sticht
                                                 Dominique Gilbert
                                                 Alexandra Wolfson
                                                 Aadi Tolappa
                                                 **LOEVY & LOEVY**
                                                 311 N. Aberdeen St., Third Floor
                                                 Chicago, IL 60607
                                                 Telephone: (312) 243-5900
                                                 Facsimile: (312) 243-5902
                                                 anand@loevy.com
                                                 *Attorneys for Relators*
                                                 *Charles R. Shepherd*
                                                 *and Danny V. Rude*

Frank L. Eppes (Fed. ID No. 1003)
EPPES & PLUMBLEE, PA
PO Box 10066
Greenville, SC 29603
Telephone: (864) 235-2600
Facsimile: (864) 235-4600
feppes@eppesandplumblee.com

*Attorney for Relator Robert Scott Dillard*

Judah N. VanSyckel
SALUDA LAW, LLC
137 E. Butler Street
Lexington, SC 29072
Telephone: (803) 939-6927
Facsimile: (803) 902-8004
judah@saludalaw.com

*Attorney for Relator Rickey Mackey*