# EXHIBIT 2

November 28, 2017 Army Show Cause Notice, Exhibit I to Plaintiff's Opposition to Fluor's Motion for Summary Judgment, D. Ct. Dkt. 138-11

# EXHIBIT I

**PLAINTIFFS' TRIAL EXHIBIT 1036**
**Page 1 of 3**

UNCLASSIFIED



**DEPARTMENT OF THE ARMY**
ARMY CONTRACTING COMMAND – ROCK ISLAND
3055 RODMAN AVENUE
ROCK ISLAND, IL 61299-8000

REPLY TO
ATTENTION OF

November 28, 2017

SUBJECT: Show Cause Notice -- Task Order (TO) 0005 of Contract W52P1J-07-D-0008

Ms. Eleanor Spector
Vice President, Contracts and Supply Chain Management
Fluor Intercontinental, Inc.
100 Fluor Daniel Drive
Greenville, SC 29607



**Plaintiff's Exhibit**

**11**

Hencely v Fluor, 6:19-00489 BHH

Dear Ms. Spector:

As you are aware, on November 12, 2016, a Local National (LN) employee of Alliant Project Services, Inc., acting as a subcontractor to Fluor Intercontinental, Inc. (Fluor), performing under the subject contract perpetrated a suicide vest (s-vest) attack on Bagram Airfield (BAF), Afghanistan. Based on the information available regarding the bombing incident and the circumstances and events leading up to the incident, I have concluded that Fluor has failed to perform in accordance with the terms and conditions of the contract. As such, the Government is considering terminating TO 0005 for default under the provision(s) of FAR Clause 52.249-6, Termination Cost Reimbursement (May 2004).

Specifically, Fluor failed to comply with the operational requirements of TO 0005's Performance Work Statement (PWS), as evidenced by its complacency and negligence in the supervision and control of the LN in question, both while on the job and during transport to and from the Entry Control Point to his job site. Multiple instances, including Fluor's own self-disclosure and a Nonconformance Report (NCR) subsequent to the bombing (ECC-A-L3-16-0013), substantiate Fluor's inability to provide continuous oversight of LN activities within the BAF perimeter *even after* the bombing, and indicate a systemic and continued failure to comply with PWS (dated August 2, 2012), paragraphs 01.01 Introduction/General Information, 01.05 Hours of Operation, and 01.07 Personnel, 01.13 Contractor Security Requirements, as well as Fluor's basic contract, paragraph 3.4 Quality Control, and BAF Badging and Screening Policy (dated December 5, 2015).

The Army's investigation of the incident identified a number of factors that contributed to the attack; however, investigators cited the inadequate supervision and control of the LN by Fluor as the primary contributing factor to conditions that enabled him to construct and employ an s-vest inside the BAF perimeter (details of the findings are contained in the enclosure). The NCR and self-disclosure issued after the attack imply the perpetuation of an environment of complacency that could foster similar incidents in the future. Pending a final decision in this matter, it will be necessary to determine whether Fluor's failure to perform arose from causes beyond its control and without fault or negligence on Fluor's part.

UNCLASSIFIED

Hencely-FOIA 000154

**UNCLASSIFIED**

-2-

    Accordingly, you are given the opportunity to respond in writing to the undersigned, providing any facts relevant to these conclusions within 30 calendar days of receiving this letter. Your failure to present any valid facts to the Government for consideration may be considered a statement that none exist. Your attention is invited to the respective rights of the Contractor and the Government and the liabilities that may be invoked if a decision is made to terminate TO 0005 for default. In addition to providing the aforementioned written response, you are afforded an opportunity to present information in person. If you elect to do so, please contact (b)(6) at 309-782-(b)(6) to assist with scheduling.

    Any assistance given to you on this contract or any acceptance by the Government of services will be solely for the purpose of mitigating damages, and it is not the intention of the Government to condone any delinquency or to waive any rights the Government has under the contract and/or task order.

    The Government reserves any rights to demand correction of non-compliant work under FAR Clause 52.246-5 Inspection of Services – Cost Reimbursement (April 1984).

    If you have any questions or concerns, please contact the undersigned at 309-782-1999 or jay.t.carr.civ@mail.mil.

                        Sincerely,

                        CARR.JAY.THOMAS.1137572326
                        Digitally signed by CARR.JAY THOMAS 1137572326
                        DN: c=US o=U S Government ou=DoD ou=PKI ou=USA cn=CARR JAY THOMAS 1137572326
                        Date: 2017 11 28 13:37:20 06'00'

                        Jay T. Carr
                        Principal Assistant Responsible
                          for Contracting

Enclosures (15)

**UNCLASSIFIED**

Hencely-FOIA 000155

**PLAINTIFFS' TRIAL EXHIBIT 1036**
**Page 3 of 3**