# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| United States of America Ex Rel. Charles R. Shepherd; Danny V. Rude; Robert Scott Dillard; And Rickey Mackey,<br><br><br>Plaintiffs,<br><br><br>v.<br><br><br>Flour Corporation; Flour Intercontinental, Inc.,<br><br><br>Defendants. | Civil Action No: 6:13-cv-02428-TMC<br><br><br>**PETITION OF RELATOR JEFF NIX FOR AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES** |

{00064451; 1 }

Pursuant to Local Rule 54.02, Relator Nix hereby submits his Petition for reimbursement of attorneys' fees, costs and expenses for his counsel from the law firm of Phillips & Cohen in Washington, DC and the law firm of Cassidy Coates Price in Greenville, South Carolina.  The total attorneys' fee lodestar sought by Relator Jeffrey Nix is $3,769,376.10 for Phillips & Cohen LLP and $52,480 for local counsel Cassidy Coates Price P.A.  In addition, Relator Jeffrey Nix seeks reimbursement of expenses of $149,408.09 expended by the two law firms in support of this action.

In support of this Petition, Relator Nix submits the Declaration of Colette G, Matzzie in Support of Petition for Fees, the Affidavit of William Coates in Support for Fees, and accompanying exhibits including summaries of lodestar in Exhibits A and B to the Matzzie Declaration and the detailed time entries attached as Exhibit C to the Matzzie Declaration, and detailed time entries attached as Exhibit A to the Coates Declaration.

Date: May 4, 2026                          Respectfully submitted,

    s/ William A. Coates
William A. Coates (Federal ID # 00183)
CASSIDY COATES PRICE, PA
Post Office Box 10529
Greenville, South Carolina 29603
Telephone: 864-349-2600
E-mail wac@cassidycoates.com
***Attorney for Third-Party Jeffrey Nix***

{00064451; 1 }                          1

**OF COUNSEL:**
Colette G. Matzzie (Admitted PHV)
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
Telephone: 202-833-4567
Fax: 202-833-1815
E-mail: cmatzzie@phillipsandcohen.com