**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES R. SHEPHERD, DANNY V. RUDE; ROBERT SCOTT DILLARD; and RICKEY MACKEY,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>FLUOR CORPORATION, FLUOR INTERCONTINENTAL, INC.,<br>　　　　　Defendants. | Civil Action No. 6:13-cv-02428-JD<br><br>**MICHAEL A. PARENTE'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS** |

Pursuant to Local Civil Rule 83.I.07(A) (D.S.C.), attorney Michael A. Parente of the law firm Maynard Nexsen PC respectfully moves to withdraw as counsel of record for Defendants Fluor Corporation and Fluor Intercontinental, Inc. in the above-captioned case. Defendants consent to this withdrawal and the remaining counsel of record will continue to represent Defendants in this Action.

　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　s/ Michael A. Parente
　　　　　　　　　　　　　　　Michael A. Parente (Fed. ID No. 13358)
　　　　　　　　　　　　　　　MAYNARD NEXSEN PC
　　　　　　　　　　　　　　　1230 Main Street, Suite 700
　　　　　　　　　　　　　　　Columbia, SC 29201
　　　　　　　　　　　　　　　803.771.8900
　　　　　　　　　　　　　　　mparente@maynardnexsen.com

　　　　　　　　　　　　　　　*Attorney for Defendants Fluor Corporation and Fluor Intercontinental, Inc.*

July 1, 2026
Columbia, South Carolina