**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES R. SHEPHERD; DANNY V. RUDE; ROBERT SCOTT DILLARD; and RICKEY MACKEY,<br><br>    Plaintiff-Relators,<br><br>    v.<br><br>FLUOR CORPORATION; FLUOR INTERCONTINENTAL, INC.,<br><br>    Defendants. | Civil Action No. 6:13-cv-02428-JD<br>Hon. Joseph Dawson, III |

**FLUOR'S OPPOSITION TO RELATORS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF FEE PETITION**

Defendants Fluor Corporation and Fluor Intercontinental, Inc. (collectively "Fluor"), by and through undersigned counsel, respectfully oppose Relators' Motion for Extension of Time to File Reply Brief in Support of Fee Petition (ECF 816).

Relators twice requested an extension of the deadline to file their motion for attorneys' fees and costs (ECF 782, 789). When the Court granted Relators' second request for an enlargement of time, the Court warned "[a]bsent extraordinary circumstances, no further extensions of the filing deadline will be granted" (ECF 791). Following that Order, Relators filed their motion for attorneys' fees and costs on May 4, 2026 (ECF 793) (the "Attorneys' Fees Motion"). Fluor sought an extension of time to oppose Relators' Attorneys' Fees Motion and also included Relators' request that they also receive an additional 14-days from the normal 7-day deadline to file a reply brief in support of the Motion (ECF 795). The Court granted both requests (ECF 798). Following which, Fluor timely filed its Response to Relators' Motion for Attorneys' Fees on July 2, 2026

1

(ECF 810). Pursuant to the Court's Order, Relators' Reply is currently due on July 23, 2026 (ECF 798).

On the afternoon of July 17, 2026—over *two weeks* after Fluor filed its Opposition to Relators' Motion for Attorneys' Fees—Relators notified Fluor of their intention to file a motion seeking an additional extension of 21 days to file their Reply later that day. Relators sought Fluor's consent, and Fluor consented to a more modest extension of 10 days. To the extent that Relators seek more time to supplement their Motion for Attorneys' Fees with documentation to support their requested fees and costs in an attempt to remedy the deficiencies Fluor has identified, they should not be permitted to do so (ECF 810 at 32 n.44). More than two weeks *before* Relators filed their motion, Fluor informed them of their burden to submit documentation to support any costs or fees sought. (*Id.*)

Thereafter, without complying with Local Rule 7.02[1] and/or providing notice to Fluor, Relators changed course and filed on July 17, 2026 a Motion to Seek Fee-Related Discovery from Fluor (ECF 815). After filing Relators' Motion for Fee-Related Discovery, Relators informed Fluor's counsel that they "changed [their] motion for extension request in light of [Fluor's] position" and were now seeking an extension of 21-days after the Court rules on their Motion for Fee-Related Discovery, or 21-days from the current due date of July 23, 2026, whichever is later.

Fluor intends to oppose Relators' Motion for Discovery and objects to extending Relators' Reply deadline until after that motion is adjudicated. The trial in this action ended over four-

---

[1] As the Court can glean from the above, Relators chose to consult with Fluor about their planned requests for an extension both before and after they filed their Motion for Discovery—yet they failed to consult with Fluor on the discovery motion itself as required by Local Rule 7.02 and failed to seek a telephone conference with the Court in an attempt to resolve the matter informally as required by the Court's Standard Preferences. Fluor intends to more fully address Relator's failure to comply with Local Rule 7.02 in its anticipated response to their Motion for Discovery.

months ago, and Relators have already received multiple extensions to submit their attorneys' fee briefing in this action. Relators have failed to identify any extraordinary circumstances that would justify the extension they now seek in another attempt to turn the attorneys' fee briefing into a second major litigation. *See Hensley v. Eckerhart*, 461 U.S. 424, 437 (1983). The Court should decline that request.

## **CONCLUSION**

As a professional courtesy, Fluor consents to a modest 10-day extension of time to file the Reply Brief, which would make Relators Reply brief due August 3, 2026. However, the Court should deny all other relief sought in Relators' Motion for Extension of Time to File Reply Brief in Support of Fee Petition (ECF 816).

*[signature page follows]*

Respectfully submitted,

/s/ Mark C. Moore
Mark C. Moore (Fed. ID No. 4956)
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 540-2146
Facsimile: (803) 727-1458
MMoore@maynardnexsen.com

Konstantine P. Diamaduros (Fed. ID No. 12368)
MAYNARD NEXSEN PC
104 South Main Street, Suite 900 (29601)
Post Office Drawer 10648
Greenville, SC 29603-0648
Telephone: (864) 370-2211
Facsimile: (864) 282-1177

Craig D. Margolis (admitted *pro hac vice*)
Tirzah S. Lollar (admitted *pro hac vice*)
Christian D. Sheehan (admitted *pro hac vice*)
Elizabeth A. Carney (admitted *pro hac vice*)
Katelyn M. Deibler (admitted *pro hac vice*)
Elliot S. Rosenwald (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, Northwest
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
craig.margolis@arnoldporter.com

Rachel K. Higgins (admitted *pro hac vice*)
Sahrula Kubie (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

July 21, 2026

*Counsel for Defendants Fluor Corporation*
*and Fluor Intercontinental, Inc.*

4