**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

United States of America, *ex rel.* Charles R. Shepherd, Danny V. Rude, Robert Scott Dillard, and Rickey Mackey,

Plaintiff-Relators,

v.

Fluor Corporation, Inc., and Fluor Intercontinental, Inc.,

Defendants.

Case Number: 6:13-02428-JD

Honorable Joseph Dawson, III

**RELATORS' SURRESPONSE TO**
**DEFENDANTS' MOTION TO STRIKE**

Relators are reluctant to burden this Court with additional filings, but find it necessary to file this very short surresponse to correct the record. Fluor's November 9, 2026 Reply states that "the list of materials considered by Relators' newly disclosed expert John O'Connor makes plain that Mr. O'Connor relied on the 'in [c]amera [r]eview' version of Relators' timesheets (which Fluor understands were entirely unredacted)." Dkt. 837 at 5. That is incorrect. In fact, the document in question Mr. O'Connor reviewed was simply a slip sheet entitled "GROUP EXHIBIT 1 Attorney Time Sheets [FILED FOR IN CAMERA REVIEW]," Dkt. 793-1, not the unredacted timesheets themselves, which were submitted **only** to the Court for *in camera* review. *See* Ex. 1 (Newell Decl.); Ex. 2, (O'Connor Decl.).

Dated: November 11, 2026

Respectfully submitted,

/s/ Andrew Hand
Andrew Hand

Richard Harpootlian (Fed. ID No. 1730)
Andrew Hand (Fed. ID No. 12176)
**RICHARD A. HARPOOTLIAN P.A.**
1410 Laurel Street
Post Office Box 1090
Columbia, SC 29202
Telephone: (803) 252-4848
rah@harpootlianlaw.com

Jonathan Loevy
Michael Kanovitz
Daniel Twetten
Anand Swaminathan
Frank Newell
Anna Dover
**LOEVY & LOEVY**
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
Telephone: (312) 243-5900
anand@loevy.com
*Attorneys for Relators*
*Shepherd & Rude*

Frank L. Eppes (Fed. ID No. 1003)
**EPPES & PLUMBLEE, PA**
PO Box 10066
Greenville, SC 29603
Telephone: (864) 235-2600
feppes@eppesandplumblee.com
*Attorney for Relator Dillard*

Judah N. VanSyckel
**SALUDA LAW, LLC**
137 E. Butler Street
Lexington, SC 29072
Telephone: (803) 939-6927
judah@saludalaw.com
*Attorney for Relator Mackey*